# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

NORIS AREVALO, and all others similarly situated under 29 U.S.C. 216(b),

Plaintiff,

vs.

LATIN GROUP, INC. d/b/a LATIN CAFE, JOSE R MORE,

Defendants.

Civil Action No. 17-cv-24257-CMA

XV

12/7/2017

11 5:0 PM
9 740
Maria Dobao

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
LATIN GROUP, INC. d/b/a LATIN CAFE
Registered Agent: Jose R More
1717 N Bayshore ~~Drive,~~ #3947
Miami, ~~FL~~ 33132

2000 [illegible]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 27, 2017

Steven M. Larimore
Clerk of Court

SUMMONS

s/ Maria Cruz
Deputy Clerk
U.S. District Courts

919

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-24257

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Latin Group, inc was received by me on *(date)* 11/22/17.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Maria Dean (Stanley) , who is designated by law to accept service of process on behalf of *(name of organization)* Latin Group, inc on *(date)* 12/2/17 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 12/2/17

[signature]
*Server's signature*

FRANK AYLLON
*Printed name and title*

[handwritten]
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

NORIS AREVALO, and all others similarly situated under 29 U.S.C. 216(b),

Plaintiff,

vs.

LATIN GROUP, INC. d/b/a LATIN CAFE, JOSE R MORE,

Defendants.

Civil Action No. 17-cv-24257-CMA

12/7/2017
11:50 am
747

Maria Dobao
Personal Secretary

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
JOSE R MORE
1717 ~~N Bayshore~~ Drive, #3947
Miami, FL 33132

2500 Biscayne Blvd

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 27, 2017

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Maria Cruz
Deputy Clerk
U.S. District Courts

9/A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-24257

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* [handwritten, illegible]
was received by me on *(date)* 11/27/17.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: [handwritten, partly illegible] accept the summons on 12/7/17

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00.

I declare under penalty of perjury that this information is true.

Date: 12/7/17

[signature]
*Server's signature*

FRANK AYLLON
*Printed name and title*

[handwritten, illegible]
*Server's address*

Additional information regarding attempted service, etc: