UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24257-Civ-Altonaga/Goodman

NORIS AREVALO, and all others
similarly situated under 29 U.S.C.
§ 216 (b),

        Plaintiff,
v.

LATIN GROUP, INC., d/b/a
Latin Café AND Jose R. More,

        Defendants.
_____/

**DEFENDANTS' AND DEFENDANTS' COUNSEL'S NOTICE OF UNAVAIALBILITY**

        Counsel for Defendants hereby gives Notice that he will be absent from this jurisdiction from December 29, 2017, through January 6, 2018, and that Defendant Jose More will be absent from the jurisdiction through January 7, 2018.  Counsel respectfully requests that no matters be set during this time period.

        Respectively submitted,

        Stanley Kiszkiel

        Stanley Kiszkiel
        Florida Bar 731153
        Stanley Kiszkiel, P.A.
        9000 Sheridan Street
        Suite 100, PMB 1
        Pembroke Pines, FL 33024
        954-862-2288
        sklaw@kiszkiellaw.com

## CERTICIATE OF SERVICE

I hereby certify that the foregoing document was served on counsel for Plaintiff, listed below, through the U.S. District Court's CM/ECF filing system this 27th day of December 2017.

>J. H. Zidell, Esquire
>J.H. Zidell, P.A.
>300 71st Street, Suite 605
>Miami Beach, Florida 33141


>Stanley Kiszkiel
>Stanley Kiszkiel