UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24257-CIV-CMA

NORIS AREVALO, JUAN AREVALO )
VILLALOBOS, and all others similarly )
situated under 29 U.S.C. 216(b), )
                                    )
            Plaintiff,              )
    vs.                             )
                                    )
LATIN GROUP, INC. d/b/a LATIN CAFE, )
JOSE R MORE,                        )
                                    )
            Defendants.             )
_____)

**PLAINTIFFS' NOTICE OF COMPLIANCE WITH [DE4]**

COMES NOW the Plaintiff, by and through undersigned, and files this Notice of Compliance with [DE4], and states that Plaintiffs have provided Defendants, by and through their counsel, with the Court's Order [DE4], Plaintiffs' Updated Statement of Claim [DE13], Plaintiffs' pay stubs, Plaintiff Noris Arevalo's letter from Defendants, on 12/27/17.

Defense counsel, Stanley Kiszkiel, Esq., has agreed to accept service on behalf of all Defendants, via email, of the First Amended Complaint as of the date of January 4, 2018. Based on the Parties stipulation, Plaintiffs have ceased all service efforts to serve Defendants with the First Amended Complaint.

Further, the undersigned has obtained proposed dates from the Chambers of the Honorable Magistrate Judge Goodman for the Settlement Conference, per [DE4], and is conferring with Defense counsel regarding same.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605

        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Rivkah F. Jaff, Esq. ___
          Rivkah F. Jaff, Esquire
          Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 12/27/17 TO:**

**STANLEY KISZKIEL, ESQ.
9000 SHERIDAN STREET, SUITE 94
PEMBROKE PINES, FL 33024
954-862-2288
FAX: 954-862-2287
EMAIL: SKLAW@KISZKIELLAW.COM**

 **BY:___/s/___Rivkah Jaff_____
    RIVKAH JAFF, ESQ.**