UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24257-CIV-ALTONAGA/Goodman

**NORIS AREVALO**,

      Plaintiffs,
vs.

**LATIN GROUP, INC.**, *et al.*,

      Defendants.
_____/

**ORDER STRIKING NOTICE OF UNAVAILABILITY**

THIS CAUSE came before the Court on Defendants' and Defendants' Counsel's Notice of Unavailability [ECF No. 12].  Neither the Local Rules nor the Federal Rules of Civil Procedure authorize a notice of unavailability, and the Court is unwilling to undertake the responsibility of keeping track of the whereabouts of parties or their counsel in every case before it.  If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed.  A blanket motion for continuance or extension of time and/or for protective order that does not refer to a specific deadline, hearing or a trial date is also inappropriate.  Therefore, the Notice of Unavailability **[ECF No. 12]** is **STRICKEN**.

      **DONE AND ORDERED** in Miami, Florida, this 27th day of December, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record