UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24257-Civ-Altonaga/Goodman

NORIS AREVALO, JUAN AREVALO
VILLALOBOS and all others
similarly situated under 29 U.S.C.
§ 216 (b),

   Plaintiff,
v.

LATIN GROUP, INC., d/b/a
Latin Café AND Jose R. More,

   Defendants.
_____/

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
FIRST AMENDED COMPLAINT**

Defendants Latin Group, Inc. and Jose More submit this Answer and Affirmative Defenses to Plaintiffs' Complaint.

1. Defendants admit that ¶ one is Plaintiffs' characterization of the case.

2. Defendants' admit that Noris Arevalo and Juan Arevalo Villalobos were residents of Miami-Dade County at the time these alleged disputes arose.

3. Defendant Latin Group admits that it is a corporation doing business in Miami-Dade County, Florida.  The remaining allegations in ¶ three are denied.

4. Defendant Jose More admits that he is the owner/manager of the Latin Café as alleged in ¶ four of the Complaint.  The remaining allegations are denied.

5. Defendants admit ¶ five.

6. Defendants admit that the Plaintiff is alleging that this is an action under the Fair Labor Standards Act.  All other allegations in ¶ six are denied.

7. Defendants admit ¶ seven.

8. Defendants admit that ¶ eight is a quotation from the Fair Labor Standards Act.

9. Defendants admit in ¶ 9 that Plaintiff Arevalo was employed as a cook by Defendant Latin Café for the time period relevant to this action.

10. Defendants admit in ¶ 10 that Plaintiff Villalobos was employed as a cook by Defendant Latin Café for the time period relevant to this action.

11. Defendants deny ¶ 11.

12. Defendants deny ¶ 12.

13. Defendants deny ¶ 13.

14. Defendants deny ¶ 14.

15. Defendants deny ¶ 15.

16. Defendants deny ¶ 16.

17. Defendants deny ¶ 17.

18. Defendants have insufficient information to either admit or deny ¶ 18.

19. Defendants admit in ¶ 19 that they were served with a copy of the Original Complaint in this matter on or about December 7, 2017. Defendants admit that Plaintiff was subsequently fired by the Defendants, but deny all of the other allegations in ¶ 19.

20. Defendants deny ¶ 20.

21. Defendants deny ¶ 21.

**AFFIRMATIVE DEFENSES**

1. Plaintiffs fail to state a claim against either Defendant upon which relief can be granted under the FLSA.

2. Plaintiffs were not engaged in interstate commerce or in the production of goods for interstate commerce.

3. Latin Café is not an "enterprise engaged in commerce" within the meaning of 29 U.S.C. § 203(s).

4. Jose More is not an employer within the meaning of the FLSA, 29 U.S.C. § 203 (d).

5. Plaintiff Arevalo was an "exempt employee" under § 13 (a) (1) of the FLSA because he was an "executive" as that term is defined by statute and Department of Labor regulations.

6. Assuming Plaintiffs can establish a claim under the FLSA, any damages due must be set off against loans made by Defendants to Plaintiff that were not repaid.

7. Assuming Plaintiffs can establish a claim under the FLSA, any damages due must be set off against the damages caused to the Defendants by Plaintiff Villalobos.

8. Defendants acted in good faith in its classification of employees.

                                         Respectively submitted,

                                         <u>Stanley Kiszkiel</u>

                                         Stanley Kiszkiel
                                         Florida Bar 731153
                                         Stanley Kiszkiel, P.A.
                                         9000 Sheridan Street
                                         Suite 100, PMB 1
                                         Pembroke Pines, FL 33024
                                         954-862-2288
                                         sklaw@kiszkiellaw.com

## CERTICIATE OF SERVICE

I hereby certify that the foregoing document was served on counsel for Plaintiff, listed below, through the U.S. District Court's CM/ECF filing system this 9th day of January 2018.

>J. H. Zidell, Esquire
>J.H. Zidell, P.A.
>300 71st Street, Suite 605
>Miami Beach, Florida 33141


>>Stanley Kiszkiel
>>Stanley Kiszkiel