UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24257-CIV-ALTONAGA/Goodman

**NORIS AREVALO** and
**JUAN AREVALO VILLALOBOS**,

    Plaintiffs,
v.

**LATIN GROUP, INC.** and
**JOSE R. MORE**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On December 18, 2017, the Court entered an Order [ECF No. 9] requiring the parties to file certificates of interested parties and corporate disclosure statements by January 15, 2018. Defendants, Latin Group, Inc. and Jose More, have failed to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants shall comply with the Order by **January 18, 2018**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of January, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record