UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24257-Civ-Altonaga/Goodman

NORIS AREVALO, JUAN AREVALO
VILLALOBOS and all others
similarly situated under 29 U.S.C.
§ 216 (b),

        Plaintiff,

v.

LATIN GROUP, INC., d/b/a
Latin Café AND Jose R. More,

        Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

Pursuant to this Court's Orders of December 18, 2017, (D.E. 9) and January 16, 2018, Defendants file their Certificate of Interested Parties.[1]

1. Plaintiff Noris Arevalo.

2. Plaintiff Juan Arevalo Villalobos.

3. Plaintiffs, counsel, J.H. Zidell, P.A.; J.H. Zidell, Esquire; Rivkah Jaff, Esquire; and Neil Tobak, Esquire.

4. Defendant The Latin Group, Inc.

5. Defendant Jose More.

6. Elsia Suarez, Vice President, The Latin Group.

7. Defendants'' counsel, Stanley Kiszkiel, P.A. and Stanley Kiszkiel, Esquire.

---

[1] Defendants state that they never received the Court's initial Order on the Certificate of Interested Parties, D.E. 9., entered on December 18, 2017.  Defendants' counsel did not appear in this case until he filed Defendants' Answer on December 27, 2017.  No record can be found of Plaintiffs serving this Order on the Defendants.  *See* Plaintiff's Notice of Compliance with [DE4], filed on December 27, 2017.  D.E. 14.  Thus, the failure to file was not a sign of a failure to comply with a Court Order.

        Respectfully submitted,

        <u>Stanley Kiszkiel</u>

        Stanley Kiszkiel
        Florida Bar 731153
        Stanley Kiszkiel, P.A.
        9000 Sheridan Street
        Suite 100, PMB 1
        Pembroke Pines, FL 33024
        954-862-2288
        sklaw@kiszkiellaw.com

## CERTICIATE OF SERVICE

I hereby certify that the foregoing document was served on counsel for Plaintiffs, listed below, through the U.S. District Court's CM/ECF filing system this 18th day of January 2018.

    J. H. Zidell, Esquire
    J.H. Zidell, P.A.
    300 71st Street, Suite 605
    Miami Beach, Florida 33141

        <u>Stanley Kiszkiel</u>
        Stanley Kiszkiel