UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24257-Civ-Altonaga/Goodman

NORIS AREVALO, JUAN AREVALO
VILLALOBOS and all others
similarly situated under 29 U.S.C.
§ 216 (b),

        Plaintiff,

v.

LATIN GROUP, INC., d/b/a
Latin Café AND Jose R. More,

        Defendants.
_____/

**DEFENDANTS' CORPORATE DISCLSOURE STATEMENT**

Pursuant to this Court's Orders of December 18, 2017, (D.E. 9) and January 16, 2018, Defendants file their Corporate Disclosure Statement.[1]

There is no such corporation within the meaning of *Fed.R.Civ.P.* 7.1.

        Respectfully submitted,

        <u>Stanley Kiszkiel</u>

        Stanley Kiszkiel
        Florida Bar 731153
        Stanley Kiszkiel, P.A.
        9000 Sheridan Street
        Suite 100, PMB 1
        Pembroke Pines, FL 33024
        954-862-2288
        sklaw@kiszkiellaw.com

---

[1] Defendants state that they never received the Court's initial Order on the Corporate Disclosure Statement, D.E. 9, entered on December 18, 2017.  Defendants' counsel did not appear in this case until he filed Defendants' Answer on December 27, 2017.  No record can be found of Plaintiffs serving this Order on the Defendants.  *See* Plaintiff's Notice of Compliance with [DE4], filed on December 27, 2017.  D.E. 14.  Thus, the failure to file was not a sign of a failure to comply with a Court Order.

## CERTICIATE OF SERVICE

I hereby certify that the foregoing document was served on counsel for Plaintiffs, listed below, through the U.S. District Court's CM/ECF filing system this 18th day of January 2018.

>J. H. Zidell, Esquire
>J.H. Zidell, P.A.
>300 71st Street, Suite 605
>Miami Beach, Florida 33141


>>Stanley Kiszkiel
>>Stanley Kiszkiel