UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24257-CIV-CMA

NORIS AREVALO, JUAN AREVALO VILLALOBOS, and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

LATIN GROUP, INC. d/b/a LATIN CAFE, JOSE R MORE,

        Defendants.

_____

**PLAINTIFFS' NOTICE REGARDING [DE25, FN 1] & [DE26, FN 1]**

COME NOW the Plaintiffs, by and through undersigned, and files this Notice regarding [DE25, FN] and [DE26, FN 1], and states that the Court's Order [DE9] and [DE4] do not require Plaintiffs to serve Defendants with the Court's Order [DE9] and Defense counsel's insinuation that his failure to meet deadlines was the result of Plaintiffs and/or there counsel is without merit. Further, Plaintiffs' counsel emailed Defense counsel on January 5, 2018, as referred to the Court's Order [DE9] and, as such, Defense counsel was on notice of said Order as early as said date, if he had not pulled up the CM/ECF prior to same.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Rivkah F. Jaff, Esq. ___
          Rivkah F. Jaff, Esquire
          Florida Bar No.: 107511

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 1/18/18 TO:**

**STANLEY KISZKIEL, ESQ.
9000 SHERIDAN STREET, SUITE 94
PEMBROKE PINES, FL 33024
954-862-2288
FAX: 954-862-2287
EMAIL: SKLAW@KISZKIELLAW.COM**

**BY:\_\_\_/s/\_\_\_Rivkah Jaff_____
RIVKAH JAFF, ESQ.**