UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24257-CIV-ALTONAGA/Goodman

**NORIS AREVALO**, *et al.*,

      Plaintiffs,
v.

**LATIN GROUP, INC.**, *et al.*,

      Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on the Joint Motion for an Extension of All Pretrial Dates [ECF No. 36]. The relief sough is evident from the title of the Motion. What is less evident, however, is why the Court should extend the pretrial and trial deadlines by 120 days.

The parties explain in great detail Defendant Jose R. More's health issues and state Mr. More "will not be able to cogently respond to deposition questions for some indeterminate time in the future." (*Id.* 2). Consequently, the parties "agree that the matter can proceed as to the Corporate Defendant." (*Id.* ¶ 4). They "are certain that they will be able to resolve this dispute" before Mr. More is fully healed. (*Id.* 3). Yet, to "accommodate" Mr. More's needs (*id.* 4), and although the case can proceed as to the corporate Defendant, the parties ask for the 120-day enlargement of deadlines.

Given the inconsistencies in the information supplied in the Joint Motion, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**. Should the parties wish to proceed only as to the Corporate Defendant, they may certainly do so in accordance with the deadlines contained in the Order Setting Trial [ECF No. 22], and no extension of the scheduling order's deadlines is warranted. If, instead, what the parties want is for Mr. More to recover and

participate in the case, the 120-day extension is aspirational and not grounded in any realistic assessment of Mr. More's recovery period.

**DONE AND ORDERED** in Miami, Florida, this 16th day of February, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record