

Miami, Mayo, 27/2017

LATIN GROUP INC

JOSE MORE (owner)

ASUNTO-GARANTIA DE TRABAJO

===========================

YO, JOSE R. MORE DUEÑO DE LATIN CAFE 2000, GARANTIZO AL SR. NORIS AREVALO QUE SE DESEMPEÑA COMO MONTADOR EN LA COCINA, QUE A PARTIR DE LA FECHA DE HOY SE LE GARANTIZA TRABAJO POR UN AÑO CON 6 DIAS DE TRABAJO Y UN DIA LIBRE A LA SEMANA.

ESTANDO AMBAS PARTES DE ACUERDO EN LO ESCRITO ANTERIRMENTE., FIRMAMOS ESTE DOCUMENTO.

_____     _____

JOSE R. MORE                           NORIS AREVALO

**Corporate Office**
Midtown: 2501 Biscayne Boulevard • Miami, Florida 33137 • Phone: (305) 576-3838 • Fax: (305) 576-4646